UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Ocala Division

CIVIL RIGHTS COMPLAINT FORM

Patrick Lamar Bryant         CASE NUMBER: 5:23-cv-254-KKM-PRL
(To be supplied by Clerk's Office)

_(Enter full name of each Plaintiff and prison number, if applicable)_

v.

Marion County Sheriff's Office
Billy Woods
Corporal Martinez

_(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right)._

FILED 2023 APR 19 AM 10:41 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FL OCALA FLORIDA

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Marion County Jail
(Indicate the name and location)
3290 N.W. 10th ST Ocala, Fla. 34475

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)                    1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): **Patrick Bryant**

   Defendant(s): **Fl. Department Of Correction, Marion County Sheriff's Office**

2. Court (if federal court, name the district; if state court, name the county): **Federal Court Middle District**

3. Docket Number: **Don't Remember**

4. Name of judge: **Judge Hodges**

5. Briefly describe the facts and basis of the lawsuit: **An illegal sentence which involed being illegally detained.**

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   **The case was dismissed**

7. Approximate filing date: **2013**

8. Approximate disposition date: **Don't Remember**

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Patrick Lamar Bryant

Mailing address: (3290 N.W. 10th ST., Ocala, Fla. 34475)
7499 N.W. 145th Ave. Rd. Morriston, Fla. 32668 (Home)

B. Additional Plaintiffs: _____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Billy Woods
Mailing Address: 692 N.W. 30th Ave.
Ocala, Fla. 34475
Position: Sheriff of Marion County
Employed at: Marion County Sheriff's Office

D. Defendant: Corporal Martinez
Mailing Address: 3290 N.W. 10th ST.
Ocala, Fla. 34475

DC 225 (Rev 2/2012)

3

Position: CORPORAL

Employed at: The MARION COUNTY JAIL

E. Defendant: ______________________

Mailing Address: ______________________

______________________

Position: ______________________

Employed at: ______________________

F. Defendant: ______________________

Mailing Address: ______________________

______________________

Position: ______________________

Employed at: ______________________

G. Defendant: ______________________

Mailing Address: ______________________

______________________

Position: ______________________

Employed at: ______________________

V.   STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Fourth And Fourteenth Amendments to the U.S. Constitution And Article I Section 12 of the Florida Constitution

VI.   STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

Judge Sanders Ordered the Plaintiff Patrick Lamar Bryant to served 48 hours in the Marion County Jail as a sanctioned Requirement for failed drug unallaces on 12/14/21, with a time to be Released, Ordered by Judge Sanders. The Plaintiff was taken into custody from the Judge's Court Room At 10:00 AM on 12/14/21. The Plaintiff at the Ordered Release time

Went to the Med. C pod door and notafide the Corporal Martinez and was told he had a Wit Of Body Attchment (Child Support) hold, a detainer. The Plaintiff explained that, that was impossable because the Plaintiff does not have any children and he, the Plaintiff did not enter the M.C.J. with any warrents or detaniers so this could not be true.

At this point the Plaintiff was threatened by a Corporal to be spayed with maze if he did not stop talking about being held illegally.

It was around 10 to 12 hours that the Marion County Sheriff Office (Billy Woods) unlawfully extended the Plaintiff's detention at the jail.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I would like to be awarded $500,000 ~~300,000~~ for the

pain and suffering, mental Anguish and the Civil Rights that were violated, my Right to fredom.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this _____ day of April, 2023

Patrick L. Bryant

(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 14 day of April, 2023.

DC 225 (Rev 2/2012)